# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

HELLEN YULISSA GARCIA ALFARO,

                    Petitioner,

     v.

MARKWAYNE MULLIN, *et al.*,

                 Respondents.

Case No. 5:26-cv-01984-RAO

**JUDGMENT**

     Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus In Part,

     IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

     IT IS SO ORDERED.

DATED: May 7, 2026

                              /s/
                            ROZELLA A. OLIVER
                            UNITED STATES MAGISTRATE JUDGE